**This order is SIGNED.**

**Dated: October 7, 2020**

 

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

---

*Order prepared by:*
**E. KENT WINWARD #5562
ABRAHAM SMOOT #12666
Attorney for Debtor(s)
2550 Washington Blvd. Suite 201
Ogden, Utah 84401
Telephone: (801) 392-8200
Facsimile: (801) 392-2724
thebankruptcyfirm@yahoo.com**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| **In the Matter of**: | Case No. 19-20427 |
|---|---|
| **Troy Mastronardi,** | Chapter 13 |
| | **Judge R. Kimball Mosier** |
| **Debtor(s)** | |

### MOTION TO SELL PROPERTY AND MOTION TO MODIFY
### CHAPTER 13 PLAN FOR EARLY PAYOFF

Debtors filed a Motion To Sell Property And Motion To Modify Chapter 13 Plan For Early Payoff and scheduled a hearing for September 29, 2020. Notice of the Motion was given to the parties as evidenced in the Certificate of Service. The Trustee and PHH Mortgage were the only parties to respond and the objections have been resolved.

WHEREFORE, this Court, having reviewed the pleadings on file, being fully advised in the premises and good cause appearing, hereby ORDERS:

1. Debtors are permitted to sell 1630 North 2750 West Plain City, UT 84404;

2. Debtors shall provide the Chapter 13 Trustee with a copy of the closing documents within 3 business days of closing;

3. PHH Mortgage Company must be paid in full as part of the sale;

4. $26,000 must be sent from the title company directly at closing to the Trustee's special payments remittance address (405 S. Main St, STE 600, Salt Lake City UT 84111) and shall include on the check the Debtor's bankruptcy case number; and

5. Attorneys fees in the amount of $600.00 are awarded as an administrative expense under 11 U.S.C. § 503(b) and that they are to be paid by the Chapter 13 trustee from property of the estate to the extent funds are available.

END OF ORDER

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order RE shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registeredCM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Chapter 13 Trustee

E. Kent Winward, Counsel for Debtors

By U.S. Mail - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):
**Troy Mastronardi,**

1630 North 2750 West
Plain City, UT 84404-0000

__/s/_____
E Kent Winward
Abraham Smoot
Attorneys for Debtor(s)