**This order is SIGNED.**

 

**Dated: October 7, 2020**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

*Order prepared by:*
**E. KENT WINWARD #5562**
**ABRAHAM SMOOT #12666**
**Attorney for Debtor(s)**
**2550 Washington Blvd. Suite 201**
**Ogden, Utah 84401**
**Telephone: (801) 392-8200**
**Facsimile: (801) 392-2724**
**thebankruptcyfirm@yahoo.com**

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| In the Matter of: | Case No. 19-20427 |
|---|---|
| **Troy Mastronardi,** | Chapter 13 |
|  | **Judge R. Kimball Mosier** |
| **Debtor(s)** |  |

### MOTION TO SELL PROPERTY AND MOTION TO MODIFY
### CHAPTER 13 PLAN FOR EARLY PAYOFF

Debtors filed a Motion To Sell Property And Motion To Modify Chapter 13 Plan For Early Payoff and scheduled a hearing for September 29, 2020. Notice of the Motion was given to the parties as evidenced in the Certificate of Service. The Trustee and PHH Mortgage were the only parties to respond and the objections have been resolved.

WHEREFORE, this Court, having reviewed the pleadings on file, being fully advised in the premises and good cause appearing, hereby ORDERS:

1. Debtors are permitted to sell 1630 North 2750 West Plain City, UT 84404;

2. Debtors shall provide the Chapter 13 Trustee with a copy of the closing documents within 3 business days of closing;

3. PHH Mortgage Company must be paid in full as part of the sale;

4. $26,000 must be sent from the title company directly at closing to the Trustee's special payments remittance address (405 S. Main St, STE 600, Salt Lake City UT 84111) and shall include on the check the Debtor's bankruptcy case number; and

5. Attorneys fees in the amount of $600.00 are awarded as an administrative expense under 11 U.S.C. § 503(b) and that they are to be paid by the Chapter 13 trustee from property of the estate to the extent funds are available.

END OF ORDER

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order RE shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registeredCM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Chapter 13 Trustee

E. Kent Winward, Counsel for Debtors

      By U.S. Mail - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):
**Troy Mastronardi,**

1630 North 2750 West
Plain City, UT 84404-0000

                                    __/s/_____
                                    E Kent Winward
                                    Abraham Smoot
                                    Attorneys for Debtor(s)

United States Bankruptcy Court

District of Utah

In re: Case No. 19-20427-RKM

Troy P Mastronardi  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: fsl     Page 1 of 2

Date Rcvd: Oct 07, 2020     Form ID: pdfor1     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Troy P Mastronardi, 1630 North 2750 West, Plain City, UT 84404-8560 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**      **Email Address**

E. Kent Winward
     on behalf of Debtor Troy P Mastronardi utahbankruptcyfirm@gmail.com
     winlawecf@gmail.com;bcsummarymails@gmail.com;r39103@notify.bestcase.com;3920@notices.nextchapterbk.com

Jesse A.P. Baker
     on behalf of Creditor PHH Mortgage Corporation ecfutb@aldridgepite.com  jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com

Lon Jenkins tr
     ecfmail@ch13ut.org  lneebling@ch13ut.org

Nathan R. Firouzi
     on behalf of Creditor Utah State Tax Commission nfirouzi@fabianvancott.com

Tyler S. Wirick
     on behalf of Creditor Ocwen Loan Servicing  LLC ecfutb@aldridgepite.com, TWirick@ecf.courtdrive.com

United States Trustee

District/off: 1088-2 User: fsl Page 2 of 2
Date Rcvd: Oct 07, 2020 Form ID: pdfor1 Total Noticed: 1

USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 6